UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mushegh Sargsyan, et al<br><br>   Plaintiff,<br><br> v.<br><br>FCA US, LLC<br><br>   Defendant. | Case No.  1:22-cv-00129-JLT-HBK<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 09/14/2023.

September 14, 2023             KEITH HOLLAND, CLERK

                           By: /s/  R. Gonzalez,
                           Deputy Clerk