# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSHEGH SARGSYAN and MARIAM NERKARARYAN,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　Defendants. | Case No. 1:22-cv-00129-JLT-HBK<br><br>[~~PROPOSED~~] ORDER<br><br>(Doc. 43) |

　　Pursuant to stipulation, Plaintiffs MUSHEGH SARGSYAN and MARIAM NERKARARYAN ("Plaintiffs") and Defendant FCA US, LLC have agreed FCA US, LLC will pay $15,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses. (Doc. 43.)

　　Accordingly, the Court hereby ORDERS Defendant to pay Plaintiffs $15,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs within 60 days from the signing of the Parties' Stipulation dated November 21, 2023. Within 10 business days of payment, Plaintiffs will dismiss this case with prejudice against all parties.

IT IS SO ORDERED.

　　Dated: **January 10, 2024**　　　　　　　　　　*/s/ Jennifer L. Thurston*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE