UNITED STATES DISTRICT COURT

EASTERN OF CALIFORNIA

| MARIAM NERKARARYAN and MUSHEGH SARGSYAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>FCA US, LLC.; and DOES 1 through 10, inclusive<br><br>    Defendant. | Case No.: 1:22-cv-00129-JLT-HBK<br><br>Judge: Hon. Jennifer L Thurston<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL**<br><br>**(Doc. 45)** |
|---|---|

Plaintiffs have requested dismissal of this case with prejudice, given that the terms of the parties' settlement have been satisfied in full.

Good cause appearing, the Court therefore **ORDERS**:

1. This matter is **DISMISSED WITH PREJUDICE**.[1]
2. The case shall remain **CLOSED**.

IT IS SO ORDERED.

Dated:   **August 20, 2024**

                                                    UNITED STATES DISTRICT JUDGE

---

[1] Since judgment has already been entered (Doc. 40) based on Plaintiffs' acceptance of a Rule 68 Offer of Judgment as to all claims against all Defendants (Doc. 39), the Clerk of Court need not enter judgment again. This order merely clarifies that the disposition of the claims is with prejudice.